# In The United States Court Of Appeals
## FOR THE DISTRICT OF COLUMBIA

**September Term 2012**

Case Nos. 13-7096                                    1:11-cv-02121-RMC

Sheila Alford,

    Appellant

    v.

Providence Hospital,

    Appellee

## CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Appellant certifies as follows:

    A.    Parties, Intervenor, and Amici Curiae.

    B.    Rulings Under Review.

The ruling under review is the May 23, 2013 oponion from the United States District Court for the District of Columbia in civil action No. 11-cv-02121 granting Defendants' Motion to Summary Judgment.

    C.    Related Cases

        None.

Respectfully submitted,

*Donald M. Temple, Esq.*
Donald M. Temple, Esq.
DONALD M. TEMPLE, P.C.
1101 15th Street, N.W.
Suite 910
Washington, DC 20005
202-628-1101
202-628-1149 fax
dtemplelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July 2013 a copy of the foregoing was served by use of the Court's Electronic Filing System, upon the following

Eric W. Gunderson, D.C. Bar No. 499340
FARRELL & GUNDERSON
Columbia Corporate Park
8840 Stanford Boulevard
Suite 3100
Columbia, MD 21045

*Donald M. Temple*
Donald M. Temple