IN THE UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

_____

_____

**SHEILA A. ALFORD**
*Appellant-Appellant*

v.

**PROVIDENCE HOSPITAL**
*Appellee-Appellee*

Appeal from the United States District Court
for the District of Columbia

Oral Arguments Have Not Been Scheduled
DC Circuit 13-7096

**APPELLANT SHEILA ALFORD CONSENT MOTION TO EXTEND
TIME IN WHICH TO FILE THE FINAL BRIEF**

Donald M. Temple, #408749
1101 15th Street, NW
Suite 910
Washington, DC 20005
(202) 628-1101 Phone
(202) 628-1149 Fax
Attorney for Appellant

Comes Now Counsel for the Appellant, Sheila Alford, with consent of the Appellee, and respectfully moves this court for two (2) additional days one additional week, through and including Wednesday, January 8, 2014 in which to file its Final Brief. In support of this Motion, Appellant states the following:

1. Counsel for the Appellant requires a brief extension of time in which to file its Final Brief.

2. The undersigned was required to address important medical related issues with his physician on today, which impeded his ability to complete the final brief.

3. Additionally, Appellee has filed a motion to supplement the Joint Appendix.

4. Appellant consents to the requested relief.

**WHEREFORE**, Appellant respectfully requests until Wednesday, January 8, 2014 in which to submit its Final Brief.

                          Respectfully submitted,

                          <u>Donald M. Temple</u>
                          Donald M. Temple, Esq.
                          DONALD M. TEMPLE, P.C.
                          1101 15th Street, N.W. #910
                          Washington, DC 20005
                          202-628-1101
                          202-628-1149 fax
                          Dtemplelaw@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that a correct copy of the foregoing Motion to Enlarge time in which to file the Final Brief was served electronically on the 6th day of January, 2014, to:

Eric W. Gunderson, Bar No. 499340
Farrell & Gunderson
8840 Stanford Boulevard
Suite 2000
Columbia, Maryland 21045
*Counsel for Appellee Providence Hospital*


                          _____
                          Donald M. Temple

# IN THE UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

_____

_____

### SHEILA A. ALFORD
*Appellant-Appellant*

v.

### PROVIDENCE HOSPITAL
*Appellee-Appellee*

#### ORDER

Upon consideration of Appellant's Consent Motion and the entire record herein, and it appearing to the Court that the Motion should be granted, it is by the Court this ___ day of January 6, 2014.

ORDERED: that the Motion be and the same hereby is granted; and it is,

FURTHER ORDERED: that the filing deadline for the Final Brief is hereby extended to January 8, 2014.

.

_____
**Judge**

Copies to:
Donald M. Temple, Esq.
Eric W. Gunderson, Esq.